UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **ARTHUR ANDERSON** | **DOCKET NO. 2:23-cv-01751** |
| **REG. # 29252-009** | **SECTION P** |
| | |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| | |
| **FELIPE MARTINEZ** | **MAGISTRATE JUDGE LEBLANC** |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that all pending motions be **DENIED** and that the petition be **DENIED** and **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED** in Chambers this 3rd day of December, 2024.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE