UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **ARTHUR ANDERSON #29252-009** | **CASE NO. 2:23-CV-01751 SEC P** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **FELIPE MARTINEZ** | **MAGISTRATE JUDGE LEBLANC** |

## MEMORANDUM ORDER

Before the court is a Motion for Reconsideration [doc. 14] filed by plaintiff Arthur Anderson, concerning the Report and Recommendation of the Magistrate Judge adopted by the undersigned [doc. 13] and dismissing his claims for relief under 28 U.S.C. § 2241. Anderson, an inmate in the custody of the Bureau of Prisons, argues that the court erred in failing to review the merits of his prison disciplinary conviction. But as the magistrate judge noted, that conviction only resulted in the loss of commissary, email, and visitation privileges that did not impact the length of Anderson's sentence. Such punishments relate instead to an inmate's conditions of confinement and are not reviewable under 28 U.S.C. § 2241. *See, e.g.*, *Madison v. Parker*, 104 F.3d 765, 768 (5th Cir. 1997) (30-day commissary and cell restriction punishment did not warrant habeas relief); *Malchi v. Thaler*, 211 F.3d 953, 958–59 (5th Cir. 2000) (same). Accordingly, there is no basis for the court to reconsider and the motion [doc. 14] is **DENIED**.

**THUS DONE AND SIGNED** in Chambers on the 19th day of December, 2024.

JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE